UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80270-CIV-SINGHAL

LARRY KLAYMAN,

    Plaintiff,

v.

JULIA PORTER, *et al.*,

    Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court on a *sua sponte* review of the record. On February 23, 2022, Plaintiff filed its Motion for Remand (DE [8]). Under Local Rule 7.1(c), "each party opposing a motion shall serve an opposing memorandum of law no later than (14) days after service of the motion. Failure to do so may be deemed sufficient cause for granting the motion by default." S.D. FLA. L.R. 7.1(c). To date, Defendant has not filed an opposing memorandum of law, nor has Defendant sought an extension of time to do so.[1]

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion for Remand (DE [8]) is **GRANTED**. The Clerk of Court shall **REMAND** this case to the 15th Judicial Circuit in and for Palm Beach County, Florida.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 8th day of March 2022.

                                                               RAAG SINGHAL
                                                               UNITED STATES DISTRICT JUDGE

---

[1] The Court also notes that it lacks jurisdiction over the present action under 28 US.C. 1332 because Plaintiff affirmatively states the amount in controversy is below $75,000.

Copies furnished counsel via CM/ECF