UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80270-CIV-SINGHAL

LARRY KLAYMAN,

    Plaintiff,

v.

JULIA PORTER, HAMILTON FOX, III,
MATTHEW KAISER,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court upon Defendant's Motion to Transfer and Notice of Pending, Refiled, Related, or Similar Actions (DE [3]), filed on February 18, 2022. There being no opposition filed, and the Court finding transfer proper pursuant to 28 U.S.C. § 1404, it is hereby

**ORDERED AND ADJUDGED** that Defendant's Motion to Transfer (DE [3]) is **GRANTED**. **THIS CAUSE** is hereby **TRANSFERRED** to the U.S. District Court for the District of Columbia.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 25th day of March 2022.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF