UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80270-CIV-SINGHAL

LARRY KLAYMAN,

    Plaintiff,

v.

JULIA PORTER et al.,

    Defendants.

_____/

## ORDER

**THIS CAUSE** is before the Court upon Plaintiff's Motion for Reconsideration, filed on March 25, 2022 (the "Motion") (DE [17]). Plaintiff failed to respond or seek extension of time to respond to Defendants' Motion to Transfer Venue (DE [3]), filed on February 18, 2022, within fourteen (14) days as required by Local Rule 7.1(c). Pursuant to Local Rule 7.1(c), "each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. Failure to do so may be deemed sufficient cause for granting the motion by default." S.D. Fla. L.R. 7.1(c). Plaintiff has cited no authority, and the Court is unaware of any, for the proposition that the filing of a Motion to Remand tolls or otherwise affects the movant's response deadline for a previously filed motion.

    With regard to Plaintiff's Motion for Remand argument, the Court is unpersuaded that Plaintiff is acting in good faith. Plaintiff has asserted in conclusory fashion that the facts in the present action are distinguishable from his previously-filed six actions against nearly-identical parties alleging nearly identical-claims. Yet Plaintiff has not explained how the facts in the present action are, in fact, distinguishable. Plaintiff's previously-filed actions combined with the fact that, in this present action, Plaintiff previously filed an

almost-identical complaint that he voluntarily dismissed for the apparent purpose of judge shopping, indicates that Plaintiff has had so many bites at the apple that the case is now down to its core and must be resolved by the proper Court. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Reconsideration (DE [17]) is **DENIED**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 29th day of March 2022.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF